HeNdersoN, Judge.
 

 I know of no distinction between an infant and an adult, as to their liability for costs, nor can I see any reason why one should exist. The officers of the Court are equally entitled in the one case, as in the other. In both they labour at the instance of the party. It is true, that process is not applied for by the
 
 *432
 
 jnpasrá personally, but it is by one who is appointed by *aw rffiD'e,sent him, and to superintend his interest — his guardian or* next friend. The suit is in his name, ami for jjjg
 
 benefit;
 
 the cost must be paid by some one, and if they are thrown on the guardian or next friend, few ■would undertake to sue in behalf of infants; a due regard to the interest of infants therefore, requires that they should be answerable. A guardian is selected by the Court and gives bond, and the Court should see that no one ‘assumes the character of next friend, but a person of responsibility, and who it is probable bas tbe interest of the infant at heart. If they abuse their office, they are liable to the infant.
 

 Per Curiam. — Judgment affirmed.